**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038-5077
www.LevittandKaizer.com

RICHARD WARE LEVITT°
  rlevitt@landklaw.com
NICHOLAS G. KAIZER°
  nkaizer@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

° ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

<u>Via: ECF</u>

April 18, 2016

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: USA v. Zheng, et al, 15-cr-628(CBA)

Dear Judge Pollak:

 I have been appointed under the Criminal Justice Act to represent Jiyao Jiang in the above-captioned case.  I respectfully request permission to be assisted in my representation of Jiyao Jiang by my partner, Nicholas Kaizer, with whom I have been working for approximately 25 years. Mr. Kaizer's assistance would be non-duplicative and invaluable to assure that Mr. Jiang is properly represented.

 Thank you for considering this request.

        Sincerely,

        Richard Levitt