**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899

FAX 212-964-2926

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 – 2016 ★

June 28, 2016

Hon. Carol B. Amon
United States District Court
Eastern District of New York
Brooklyn, New York 11201
*via ecf*

Re: United States v. Qian Zheng, et al.
15 Cr. 628 (CBA)

Your Honor:

I write to request that the Court relieve me from representing Qian Zheng, who has retained James Kousouros, Esq. to represent him. Mr. Kousouros filed a Notice of Appearance on June 22, 2016.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

s/Carol Bagley Amon
_____
HON. CAROL B. AMON

July 1, 2016